**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Brittany McKnight and Stevie McClinton, Defendants,

and

John Doe and Jane Doe, Respondents,

Of whom Brittany McKnight is the Appellant

and

Stevie McClinton is a Respondent.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-000871

———————————

Appeal From York County
Thomas Henry White, IV, Family Court Judge

———————————

Unpublished Opinion No. 2022-UP-067
Submitted February 9, 2022 – Filed February 10, 2022

———————————

**AFFIRMED**

———————————

Harry A. Hancock, of Columbia, for Appellant.

L. Sherril Davis, of L. Sherril Law, LLC, of Rock Hill for Respondent Stevie McClinton.

James Fletcher Thompson, of Thompson Dove Law Group LLC, of Spartanburg for Respondents John and Jane Doe.

Andrew Troy Potter, of Anderson, for Respondent South Carolina Department of Social Services.

Donae Alecia Minor, of Minor Law Offices LLC, of Rock Hill, for the Guardian ad Litem.

---

**PER CURIAM:**  Brittany McKnight (Mother) appeals from the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Mother's counsel.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.